15 So.2d 921

**Prieston (alias Preston) COLEMAN v. STATE.**

4 Div. 818.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

18 So.2d 115

**Girlie CONNELL v. CITY OF TUSCA-LOOSA.**

6 Div. 66.

Court of Appeals of Alabama.
April 20, 1944.

PER CURIAM.
Appeal dismissed, want of prosecution.

---

15 So.2d 922

**T. C. (alias Clint) CONNELL v. STATE.**

5 Div. 184.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Affirmed.

---

15 So.2d 922

**Tommie (alias T. J.) CONNELL v. STATE.**

5 Div. 183.

Court of Appeals of Alabama.
Nov. 23, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

---

12 So.2d 870

**Clarence COOPER v. STATE.**

8 Div. 293.

Court of Appeals of Alabama.
Feb. 16, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

13 So.2d 896

**Claud Press COOPER v. STATE.**

5 Div. 188.

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.